UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEE,

                Plaintiff,

-against-

UR JADDOU, Director, U.S. Citizenship and Immigration Services,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/29/2023
```

23 Civ. 4478 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Ur Jaddou, Director of United States Citizenship and Immigration Services. Plaintiff is directed to serve the summons and complaint on Defendant Jaddou within 90 days of the issuance of the summons.[1] If within those 90 days, Plaintiff has not either served Defendant Jaddou or requested an extension of time to do so, the Court may dismiss the claims against Defendant Jaddou under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    SO ORDERED.

Dated: June 29, 2023
       New York, New York

                                                             ANALISA TORRES
                                                             United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this action was not issued when Plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.