```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEE,

        Plaintiff,

  -against-

UR JADDOU, DIRECTOR, U.S. Citizenship and Immigration Services,

        Defendant.

23-CV-4478 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On November 14, 2023, the above-referenced action was referred to Magistrate Judge Barbara Moses for general pretrial management, pursuant to 28 U.S.C. § 636(b)(1)(A). In reviewing the file, the Court notes that on August 2, 2023, plaintiff filed a letter (Dkt. 7) explaining that although he has a PACER account, he is unable to access certain documents on the Court's electronic docket – including the Summons, issued on June 29, 2023 (Dkt. 5), which he is required to serve – in part because they were designated "restricted" by the Clerk of Court. Plaintiff asks that the restriction be lifted, or for comparable relief allowing him to access the docket. Plaintiff's request is GRANTED.

    Plaintiff's deadline to serve the Summons and Complaint, and file proof of such service on the docket, is EXTENDED to **January 22, 2024**. *See* Fed. R. Civ. P. 4(m).

    The Clerk of Court is respectfully directed to: (i) remove the restrictions on Dkts. 1, 2, 5, and 6; (ii) reissue a summons as to defendant Ur Jaddou, Director of United States Citizenship and Immigration Services; and (iii) mail a copy of this Order to plaintiff at his address of record. Going forward, the Clerk of Court need not seal or restrict any docket entries except pursuant to further order of this Court.

Dated: New York, New York
       November 22, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**