UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LEE,

       Plaintiff,

-against-

UR JADDOU, DIRECTOR, U.S. Citizenship and Immigration Services,

       Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024

23-CV-4478 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's deadline to serve the Summons and Complaint was January 22, 2024. (*See* Dkt. 10.) To date, plaintiff has not filed a certificate of service and defendant has not appeared or answered. In light of plaintiff's *pro se* status, the deadline to serve the Summons and Complaint and file a certificate of service on the docket is hereby EXTENDED to **February 7, 2024**.

Dated: New York, New York
       January 24, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**