**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAVID LEE,

                Plaintiff,                23 **CIVIL** 4478 (AT)(BCM)

      -against-                         **<u>JUDGMENT</u>**

UR JADDOU, DIRECTOR, U.S. Citizenship
and Immigration Services,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 26, 2024, the Court has ADOPTED Judge Moses's R&R in its entirety. Plaintiff's claims are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     April 26 , 2024

                                                          **RUBY J. KRAJICK**
                                                          Clerk of Court
                                    **BY:**    *K. Mango*
                                                          **Deputy Clerk**